UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00138 |
| | ) | JUDGE CAMPBELL |
| MARK K. WHITE | ) | |

ORDER

The status conference scheduled for September 23, 2013, at 8:15 a.m. is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE